JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE B., | Case No. 2:24-cv-02406-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner denying benefits is reversed and this case is remanded for further administrative proceedings consistent with the Opinion.

DATED: September 19, 2024

_____
KAREN E. SCOTT
United States Magistrate Judge

1