Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Christine Brewer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINE BREWER, | ) No. 2:24-cv-02406-KES |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND EIGHT HUNDRED ELEVEN DOLLARS and THIRTEEN CENTS ($6,811.13), and costs under 28 U.S.C. § 1920, in the amount

/ / /

/ / /

/ / /

1

1 | of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-
2 | referenced Stipulation.

Dated: October 1, 2024

*Karen E. Scott*
_____
THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2